DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re ) No. 11-10418 AJ
)
) Chapter 7
RAYMOND J. WELCH AND )
MARY J. WELCH )
)
 Debtors. )
)

**ACTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS**

August B. Landis, Acting United States Trustee for Region 17, moves *ex parte* for an order directing Raymond J. Welch and Mary J. Welch, the debtors in the above-captioned case, to produce certain documents and to submit for an examination under Rule 2004 of the Federal Rules of Bankruptcy Procedure and, in support, states:

1. Debtors filed their voluntary petition for chapter 7 relief on February 7, 2011. Debtors section 341 meeting of creditors was held on March 16, 2011 and continued to April 4, 2011.

2. The U.S. Trustee requests that the debtors be ordered to produce copies or originals of the following documents to the attention of the undersigned at the Office of the United States Trustee at 235 Pine Street, Suite 700, San Francisco, CA 94104, so as to be **received** by or before **April 13, 2011**:

   A. For January 1, 2010 - current - **both Personal and Business ,** Statements for all checking accounts, savings, investment, retirement, and other accounts or time deposits for which either Debtor had signature authority  (include check registers **and** canceled checks or write-thru copies).

   B. Copy of 2009 and 2010 tax returns, both personal and for the business.

   C. Copy of the most current mortgage statement for the property located at 1078 East Avenue, Napa, CA..

ACTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS: 11-10418 - 1 -

D. For the period January 1, 2010 - current- copy of the general ledger for Children's Cottage Child Care, Inc.

E. Evidence to support " Regular expenses from operation of business" in the amount of $3,245, as claimed on Schedule J.

F. Evidence to support "Other" expenses of $7,080, as claimed on Schedule J.

3. The U.S. Trustee further requests that **Raymond J. Welch and Mary J. Welch**, be ordered to appear for and submit to an examination under Rule 2004 on **April 13, 2011 at 9:30 a.m.,** at the Office of the United States Trustee at 777 Sonoma Avenue, Room 116, Santa Rosa, California, or at such other time(s) and place(s) as may be agreed to in writing by the parties.

WHEREFORE, the U.S. Trustee requests entry of an order requiring the debtors to produce the aforementioned documents and to appear for and submit to examination under Rule 2004 as requested above

Dated: March 30, 2011

Respectfully submitted,
August B. Landis,
Acting United States Trustee

By: */s/ Patricia A. Cutler*
Patricia A. Cutler
Attorney for the U.S. Trustee

ACTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION FOR ORDER FOR RULE 2004 EXAMINATION
AND TO PRODUCE DOCUMENTS: 11-10418 - 2 -

Case: 11-10418    Doc# 27    Filed: 03/30/11    Entered: 03/30/11 14:21:06    Page 2 of 2